# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S. v. Michael Abramson

Case Number: 18 CR 681

An appearance is hereby filed by the undersigned as attorney for:

Michael Abramson

Attorney name (type or print): Patrick J. Cotter

Firm: Greensfelder, Hemker & Gale, P.C.

Street address: 200 W. Madison Street

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6202681
(See item 3 in instructions)

Telephone Number: (312) 419-9090

Email Address: pcotter@greensfelder.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/12/2018

Attorney signature: S/ Patrick J. Cotter

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015