UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-CR-681 |
| v. | Honorable Judge Kendall |
| MICHAEL ABRAMSON | Magistrate Judge Valdez |

**UNOPPOSED MOTION TO TRAVEL
AND FOR WAIVER OF APPEARANCE AT STATUS HEARING**

Defendant Michael Abramson, by his counsel, respectfully moves this Court for an order granting him permission to travel outside the Northern District of Illinois for three business trips and to waive his appearance at the upcoming status hearing in the above-captioned case.

1. On October 11, 2018, Mr. Abramson was charged in an indictment with violations of federal tax laws.

2. On October 18, 2018, Magistrate Judge Maria Valdez ordered Mr. Abramson's conditions of release, including limiting his travel to within the Northern District of Illinois except for business related purposes. Judge Valdez further ordered that Mr. Abramson must obtain the permission of Pretrial Services and the Court before traveling outside the Northern District of Illinois.

3. Mr. Abramson has complied with all conditions of release, and he is not a flight risk.

4. Mr. Abramson has three upcoming business trips and seeks the Court's permission to travel outside the Northern District of Illinois for these trips, as detailed below.

5. As a member of the Transportation Lawyers Association, Mr. Abramson attends the Transportation Law Institute each year. Mr. Abramson seeks the Court's permission to travel to Louisville, Kentucky from November 8, 2018 through November 10, 2018 to attend this event.

6. Mr. Abramson also seeks the Court's permission to travel to Kiev, Ukraine from November 14, 2018 through November 17, 2018 and to travel to Prague, Czech Republic and Vienna, Austria from November 28, 2018 through December 1, 2018 for business meetings.

7. After the second trip was scheduled, the Court set a status hearing in this case for November 16, 2018. Accordingly, Mr. Abramson also requests that he be excused from appearing at the status hearing. His counsel will be present.

8. Mr. Abramson's counsel has spoken to counsel for the Government, Richard Rothblatt, about Mr. Abramson's requested travel, and the Government has no objection.

9. Mr. Abramson's counsel also spoke to Mr. Abramson's Pretrial Services officer, Laura Nelin, and she has no objection to the travel.

10. Counsel for Mr. Abramson has provided counsel for the Government and Pretrial Services with itineraries for each trip in advance of his travel.

WHEREFORE, Mr. Abramson respectfully requests that this Court grant his motion for travel and a waiver of his appearance at the November 16 status hearing.

Dated: October 26, 2018                    Respectfully submitted,


                                           */s/ Valarie Hays*
                                           Valarie Hays
                                           Deborah Bone

                        R<small>ILEY</small> S<small>AFER</small> H<small>OLMES</small> & C<small>ANCILA</small> LLP
                        70 W. Madison Street, Suite 2900
                        Chicago, IL 60602
                        (312) 471-8700
                        vhays@rshc-law.com
                        dbone@rshc-law.com

                        *Attorneys for Defendant Michael Abramson*

## CERTIFICATE OF SERVICE

I, Valarie Hays, an attorney, hereby certify that the foregoing Motion was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on October 26, 2018, by operation of the Court's electronic filing system.

By: /s/ Valarie Hays

Valarie Hays
Deborah Bone
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (facsimile)
vhays@rshc-law.com
dbone@rshc-law.com