# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-CR-681 |
| v. | Honorable Judge Kendall |
| MICHAEL ABRAMSON | Magistrate Judge Valdez |

## DEFENDANT MICHAEL ABRAMSON'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Michael Abramson, by his counsel, respectfully moves this Court for an order modifying his conditions of release to permit him to contact the person who is identified in the indictment as Individual A. In support of this Motion, Mr. Abramson states as follows:

1. On October 11, 2018, Mr. Abramson was charged in an indictment with violations of federal tax laws.

2. On October 18, 2018, Magistrate Judge Maria Valdez ordered Mr. Abramson's conditions of release, including that Mr. Abramson must avoid all contact with the person identified as Individual A.

3. Mr. Abramson has complied with all conditions of release.

4. Mr. Abramson requests that the Court modify the conditions of release to permit him to be in contact with Individual A for any purpose other than discussing the above-captioned case.

5.      Under 18 U.S.C. § 3142, the Court may impose conditions of pretrial release to "reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c); 3142(g). These conditions should be the "least restrictive" as the Court deems necessary to assure these goals. *Id.* § 3142(c)(1)(B).

6.      The Government has never alleged that Mr. Abramson poses any safety risks to Individual A, and counsel for Individual A, Clifford Histed, has informed Mr. Abramson's counsel that Individual A wants to be in contact with Mr. Abramson.

7.      Both Mr. Abramson and Individual A will agree to a condition that they do not talk about Mr. Abramson's case.

8.      Mr. Abramson's counsel has spoken to government counsel, Richard Rothblatt, about Mr. Abramson's request for modification of his conditions, and he confirmed that the Government has no objection to the proposed modification.

9.      Mr. Abramson's counsel also has spoken to pretrial services officer, Laura Nelin, and she has no objection to the proposed modification.

WHEREFORE, Mr. Abramson respectfully requests that this Court grant his unopposed motion to modify the conditions of his release to allow him to be in contact with Individual A for any purpose other than discussing his pending case.

Dated: November 15, 2018                    Respectfully submitted,

                                            */s/ Valarie Hays*
                                            Valarie Hays
                                            Deborah Bone
                                            RILEY SAFER HOLMES & CANCILA LLP
                                            70 W. Madison Street, Suite 2900
                                            Chicago, IL 60602
                                            (312) 471-8700

vhays@rshc-law.com
dbone@rshc-law.com

*Attorneys for Defendant Michael Abramson*

## CERTIFICATE OF SERVICE

I, Valarie Hays, an attorney, hereby certify that the foregoing Motion was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on November 15, 2018, by operation of the Court's electronic filing system.

By: /s/ Valarie Hays

Valarie Hays
Deborah Bone
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (facsimile)
vhays@rshc-law.com
dbone@rshc-law.com