UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-CR-681 |
| v. | Honorable Judge Kendall |
| MICHAEL ABRAMSON | Magistrate Judge Valdez |

## UNOPPOSED MOTION FOR TRAVEL AND TO MODIFY PRETRIAL CONDITIONS OF RELEASE

Defendant Michael Abramson, by his counsel, respectfully moves this Court for an order granting him permission to travel outside the Northern District of Illinois for several specific purposes/trips. Additionally, Mr. Abramson requests a modification of his pretrial conditions of release to permit general travel outside the Northern District of Illinois going forward, without first obtaining Court approval, as long as he still obtains pre-approval from Pretrial Services.

1. On October 11, 2018, Mr. Abramson was charged in an indictment with violations of federal tax laws.

2. On October 18, 2018, Magistrate Judge Maria Valdez ordered Mr. Abramson's conditions of release, including limiting his travel to within the Northern District of Illinois except as approved by Pretrial Services and the Court.

3. Mr. Abramson has complied with all conditions of release, and he is not a flight risk.

4. On October 29, 2018, Pretrial Services approved and the Court granted Mr. Abramson permission to travel to Louisville, Kentucky from 11/8/2018 through 11/10/2018; Kiev,

Ukraine from 11/14/2018 through 11/17/2018; and Prague, Czech Republic and Vienna, Austria from 11/28/2018 through 12/1/2018 for business meetings. (Doc. 25.)

5. Pursuant to the approvals granted by both Pretrial Services and the Court, Mr. Abramson has traveled both nationally and internationally since this case has been pending. For each trip that he has taken to date, Mr. Abramson provided itineraries to both the Government and Pretrial Services in advance, followed these itineraries, and returned to the Northern District of Illinois.

6. As evidenced by the above trips and the additional trips for which he requests permission below, Mr. Abramson travels frequently. In light of Mr. Abramson's compliance with his conditions of release during past trips and to conserve judicial and attorney resources going forward by avoiding the filing of multiple travel motions with the Court, Mr. Abramson respectfully requests that his conditions of release be modified to permit him to travel outside the Northern District of Illinois upon the approval of Pretrial Services only.

7. In compliance with his current conditions of release, Mr. Abramson also seeks the Court's permission to travel outside the Northern District of Illinois for the following trips:

   a. Travel to Houston, Texas on December 18 regarding a potential business transaction for Eastern Advisors, Inc.;

   b. Travel to San Luis Potosi, Mexico from Houston on December 19 for a business meeting with a bank related to his ownership in Grupo Mexquitic, SA de CV, returning to Chicago on December 22, 2018;

   c. A long-planned family vacation in Portugal from May 23, 2018 through June 1, 2019; and

   d. Occasional travel to Lake Geneva, Wisconsin to visit his brother-in-law, with pre-approval from Pretrial Services for each visit.

8. Counsel for Mr. Abramson will provide Pretrial Services with itineraries for each trip set forth in 7(a)-(c) above in advance of his travel.

9. Mr. Abramson's counsel has communicated with counsel for the Government, Richard Rothblatt, about the requested travel and modification to Mr. Abramson's conditions of release, and the Government has no objection.

10. Mr. Abramson's counsel also communicated with Mr. Abramson's Pretrial Services officer, Laura Nelin, and she has no objection.

WHEREFORE, Mr. Abramson respectfully requests that this Court grant his motion to modify his conditions of pretrial release to permit him to travel outside the Northern District of Illinois upon permission by Pretrial Services only, and to make the trips described in this motion.

Dated: November 29, 2018        Respectfully submitted,

                                */s/ Lauren Jaffe*
                                Valarie Hays
                                Lauren Jaffe
                                RILEY SAFER HOLMES & CANCILA LLP
                                70 W. Madison Street, Suite 2900
                                Chicago, IL 60602
                                (312) 471-8700
                                (312) 471-8701 (facsimile)
                                vhays@rshc-law.com
                                ljaffe@rshc-law.com

                                *Attorneys for Defendant Michael Abramson*

**CERTIFICATE OF SERVICE**

I, Valarie Hays, an attorney, hereby certify that the foregoing Motion was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on November 29, 2018, by operation of the Court's electronic filing system.

By: /s/ Lauren Jaffe

Valarie Hays
Lauren Jaffe
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (facsimile)
vhays@rshc-law.com
ljaffe@rshc-law.com