UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18 CR 681 |
| v. | |
| MICHAEL ABRAMSON | Hon. Virginia M. Kendall |

### GOVERNMENT'S UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL

The UNITED STATES OF AMERICA, through its attorney JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this motion to file exhibits under seal:

1.      The indictment in this case charges defendant with false statements in tax filings, in violation of Title 26, United States Code, Section 7206(1).  R. 1.  On November 12, 2019, the Court set a trial date of September 8, 2020.  R. 42.

2.      Presently, the parties are briefing several motions in *limine* relating to the admission of certain evidence and arguments at trial.  R. 50-53, 55.  The government's response to defendant's motions *in limine* is due on July 15, 2020.  R. 56.

3.      As part of its response to defendant's motions *in limine*, the government will reference and quote from several transcripts of grand jury testimony.  In addition, the government intends to cite to two internal business records of defendant's entities as well as a portion of one of defendant's personal income tax returns.

4. Each of the aforementioned exhibits contains a great deal of material of a sensitive nature, including personally identifiable information about defendant and others that is too voluminous to redact.

5. On July 8, 2020, the government contacted defense counsel regarding this motion and defense counsel indicated that she does not oppose the government's motion.

6. Accordingly, through this motion, the government moves for leave to file grand jury transcripts, corporate business records, and the portion of defendant's personal income tax return included as exhibits to the government's response to defendant's motions *in limine* under seal.

WHEREFORE, the government respectfully moves this Court for leave to file grand jury transcripts, corporate business records, and a portion of defendant's personal income tax return under seal as part of its response to defendant's motions *in limine*.

Date: July 8, 2020                    Respectfully submitted,

                                      JOHN R. LAUSCH, JR.
                                      United States Attorney

                    By:     */s/ Richard M. Rothblatt*
                            Richard M. Rothblatt
                            Ankur Srivastava
                            Assistant U.S. Attorneys
                            219 South Dearborn Street, 5th Floor
                            Chicago, Illinois 60604
                            (312) 353-5300