UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

UNITED STATES OF AMERICA
                  Plaintiff,

v.                                  Case No.: 1:18−cr−00681
                                  Honorable Virginia M. Kendall

Michael Abramson
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall as to Michael Abramson. Teleconference Status hearing held on 7/15/2020. Parties request to move the trial date due to Covid−19 concerns and travel issues of witnesses. Jury Trial set for 9/8/2020 is stricken and reset to begin on 3/1/2021 (7 days) at 9:15 AM. Final Pretrial Conference set for 2/12/2021 at 10:00 AM. Expert Disclosures shall be submitted by 1/22/2021. Motion pursuant to Fed. R. Evid. 404(b), and any Santiago proffer shall be filed on or before 1/18/2021. Any objections to 404(b), and/or Santiago proffer shall be filed on or before 1/25/2021. Motions in limine due by 1/25/2021. Response due by 2/1/2021. Proposed jury instructions shall be filed on or before 1/29/2021 and shall be filed as follows: one set of agreed instructions; one set comprising solely those proposed by the Government and objected to by the Defense with references to the case law, source, and opposing side's proposed instruction (if any); and one set comprising solely those proposed by the Defense and objected to by the Government with references to the case law, source, and opposing side's proposed instruction (if any). By agreement of parties and pursuant to Title 18 U.S.C., Sections 3161(h) (7)(B)(iv), (h)(l)(D) time is hereby excluded to 3/1/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.