**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-CR-681 |
| v. | Honorable Judge Kendall |
| MICHAEL ABRAMSON | Magistrate Judge Valdez |

**MOTION TO CONTINUE TRIAL BASED UPON**
**REQUEST OF ANOTHER JUDGE**

COMES NOW the defendant, MICHAEL ABRAMSON ("ABRAMSON"), by and through his undersigned counsel, and moves this Honorable Court to continue the trial date in this matter due to a request from a Judge in another Jurisdiction. In support thereof, Lee states as follows:

1. This matter is currently set for trial on September 7, 2021.

2. As the Court is aware this matter was previously set for trial however, previous Counsel withdrew, and current Counsel entered his appearance.

3. Defense Counsel was scheduled to begin a multi-defendant (3 defendants) trial in the Western District of Tennessee on March 15, 2021 (reset to that date because of Covid) in the matter of US v. Young, et al., 19 CR 10040.

4. Counsel represents Dr. Andrew Rudin in that matter who is on bond. However, co-defendant Jeffery Young is in custody and has been for approximately two years. His requests for bond have been denied.

5. Due to Covid the March trial date was stricken and Judge Fowlkes has set the matter for August 23, 2020. The Government's case in chief is expected to last 3 weeks with each defendant then presenting evidence (one defendant may still plead).

6. Counsel advised Judge Fowlkes of this matter and the current trial date of September 7, 2021.

7. Judge Fowlkes, given the custody status of Defendant Young, requested that Counsel seek to continue this matter. Judge Fowlkes indicated that he would assist in any matter and your Honor could contact him directly through his staff at 901-495-1326 (published number from website).

8. Between the time of Judge Fowlkes resetting the matter to August 23,2020 to recent, Counsel and the DOJ in the other matter have had ongoing plea negotiations. It is now evident that the matter in the Western District of Tennessee (WDTN) will proceed to trial.

9. Counsel has advised the Government lawyers in this matter of the situation so they can address their position at the hearing.

10. This motion is not made to cause delay, but at the request at of another Court.

11. Had it not been for the situation in the WDTN, counsel would have been prepared to proceed to trial.

For the foregoing reasons, Counsel requests that trial in this matter be reset.

                                Respectfully submitted,

                                */s/ Nishay K. Sanan*
                                Nishay k. Sanan
                                53 W. Jackson Blvd.,
                                Suite 1424
                                Chicago, Illinois 60604
                                Tel: 312-692-0360