# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000260794 | **Location:** | 2706 Medinah Court |
| **Investigation Name:** | Michael Abramson | | Palos Heights, IL |
| **Date:** | November 9, 2021 | | |
| **Time:** | 10:27 – 11:00am, approximately | | |
| **Participant(s):** | Jerilyn Totani, Witness | | |
| | Nick Zagotta, Special Agent | | |
| | Jason Gibson, Special Agent | | |

On the above date and time, Special Agents Gibson and Zagotta arrived at the above referenced location to serve Jerilyn Totani with a trial subpoena. Totani invited the agents inside and asked them to wait while she went into another room and changed clothes.

Totani then returned to the room and asked who the agents were. Agents Gibson and Zagotta introduced themselves and advised Totani that she'd met both agents previously. Totani volunteered that she currently takes the medication Abilify.

Agent Gibson advised Totani that she was being contacted directly because her former attorney, Cliff Histed, said he was no longer representing her. Histed attempted to bill Totani for services related to Histed's assistant, who Totani thought was just learning, so Totani fired Histed. Totani said she doesn't know the name of her new attorney yet because the new attorney hasn't contacted her. Totani said she is not represented at this moment, and isn't sure if she wants an attorney.

Totani was served with a trial subpoena for the MICHAEL ABRAMSON trial. Totani said Robbie [Bennett] and Jaime [Mika] don't speak to her anymore because of the case. Totani knows the government has spoken with Jaime because she still has all of the messages Jaime left for her. Totani further believes that the government caused Flemming to be released from jail.

Totani said she doesn't like Agent Gibson, and has said terrible things about him on the thousands of hours of calls with Robbie while he was incarcerated.

Totani believes the government is really after Perry [Mandera] and is targeting a "small fish" like ABRAMSON to get to Perry. Totani believes the indictment against ABRAMSON is stupid, because the only thing ABRAMSON has done is pay his girlfriend $60,000 per year because she deserved it for a deal she brought to

ABRAMSON. Totani said she brings deals to ABRAMSON all the time, and referenced a fight she was trying to arrange that would have led to her receiving $1 million had the fight happened.

Totani said the government changed her grand jury statement regarding the price of her condo just before she went in. Totani doesn't agree with some of the grand jury statement, and was just reading it without really knowing what she was saying. Totani said the old Jerilyn who went before the grand jury was bad and that bad things had happened to her; Totani feels more like herself now.

Totani feels like she is the one on trial. The government previously took ABRAMSON away from her for 30 days, and Totani almost committed suicide over it because ABRAMSON is her lifeline.

Totani almost won the lottery recently, and said the first thing she'd do if she did win would be to pay off ABRAMSON's attorneys.

Totani still has her phone number, 312-882-0300, said she recently switched the number to her own account.

Nick Zagotta
Special Agent

I completed this memorandum on November 10, 2021, after refreshing my memory from notes made during and immediately after the interview with Jerilyn Totani.

*Jason Gibson* E/J

Jason Gibson
Special Agent