# EXHIBIT C

FD-302 (Rev. 5-8-10)  - 1 of 4 -  

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/12/2019

JAMIE MIKA, date of birth           place of birth East Chicago, Indiana, was telephonically advised of the identity of the interviewing agent and the nature of the investigation. MIKA thereafter provided the following information:

MIKA advised that he is currently homeless and explained that he lives in shelters located in the vicinity of Pasadena, California. MIKA advised that he can be contacted at cellular telephone number       MIKA explained that he is currently on methadone which he takes for pain management as a result of an L4 and L5 spinal column injury he suffered approximately two years ago. According to MIKA, he sustained this injury while attempting to lift JERILYN TOTANI's motorcycle in the garage of her townhome which according to MIKA is located in Palos Heights, Illinois.

MIKA described himself as a self-employed songwriter and singer. MIKA explained he was very successful during the 1990's. According to MIKA, in 1993 he signed a two record deal with ATLANTIC RECORDS. MIKA advised that he has worked with PRINCE, CHEAP TRICK and STEVEN TYLER of AEROSMITH among others.

MIKA approximated that he met JERILYN TOTANI 30 years ago. According to MIKA, he was driving on Interstate 80 near the quarry which is in the vicinity of the Illinois-Indiana state line. MIKA saw TOTANI driving in a vehicle next to him and rolled down his window and asked her to pull off to the side of the road. When they spoke on the side of Interstate 80, TOTANI gave MIKA her telephone number, and he and TOTANI subsequently began dating.

When they initially met, TOTANI was working as a stripper at what MIKA described as a low-end strip club located in Chicago Heights, Illinois. Sometime after they began dating, MIKA relocated to Minneapolis, Minnesota where he worked in a music studio. According to MIKA, TOTANI moved to Minneapolis with him and she worked as a stripper at SOLID GOLD. While they lived in Minneapolis, MIKA broke up with TOTANI and she relocated back to Chicago. It was MIKA's understanding that when TOTANI relocated from Minneapolis to Chicago she began working as a stripper at a club that was owned by PERRY MANDERA. MIKA advised that TOTANI's sister, JENELL SISK (phonetic) was also working as a stripper at this club. Based on what MIKA

Investigation on  02/22/2019  at  Chicago, Illinois, United States (Phone)

File #  _____  Date drafted  02/25/2019

by  SA Robert L. Walker

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

was told by TOTANI, TOTANI's sister was dating MICHAEL ABRAMSON. According to MIKA, shortly after TOTANI began working at MANDERA's club and despite TOTANI's sister's relationship with ABRAMSON, TOTANI started having a sexual relationship with ABRAMSON. MIKA described TOTANI as a "gold digger." MIKA explained that TOTANI's mentality was "why have to go to work as a stripper when you can sleep with the owner of the club" (ABRAMSON).

MIKA explained that shortly after TOTANI met ABRAMSON, she quit working as a stripper and lived solely off money which ABRAMSON provided to her. MIKA explained that he continued to maintain his relationship with TOTANI, and as a result, knew many of the details of her relationship with ABRAMSON. MIKA advised that everything he knows about TOTANI's relationship with ABRAMSON is based on information which TOTANI told him or what he observed while he was living with TOTANI. MIKA explained that even though TOTANI and ABRAMSON had a relationship, he continued to live with her on and off at her Chicago condominium located on Clark Street and her townhome located in Palos Heights, Illinois.

MIKA advised that TOTANI would often brag that ABRAMSON paid for everything for her. TOTANI told MIKA that ABRAMSON purchased the condominium on Clark Street for the purpose of facilitating their relationship. MIKA advised that he lived at the 1121 Clark Street condominium for at least half the time that TOTANI lived there. According to MIKA, ABRAMSON would stop by the condominium at least three times a week in the evenings after he left his job at ARNSTEIN AND LEHR LAW FIRM or the strip club. MIKA advised that ABRAMSON provided TOTANI with cash almost every time he was at the condominium. MIKA stated that he always saw ABRAMSON giving the cash to TOTANI. On at least ten occasions, MIKA was outside when ABRAMSON arrived. MIKA advised that ABRAMSON always drove a black MERCEDES BENZ. On the ten occasions when MIKA was outside, MIKA observed ABRAMSON open the trunk of his car, and subsequently remove an envelope which he would later give to TOTANI. MIKA also observed TOTANI take large amounts of cash out of each envelope after it was provided to her by ABRAMSON.

During the approximate fifteen to twenty year period that MIKA lived with TOTANI he never saw her go to work. MIKA stated that TOTANI has never held a legitimate job and never made a penny of legitimate money outside of her career as a stripper. MIKA described TOTANI as a degenerate gambler. According to MIKA, TOTANI was very reclusive. MIKA stated that she primarily slept and gambled.

MIKA advised that TOTANI never sold real estate. According to MIKA, TOTANI never did any type of work for ABRAMSON. MIKA added that during

approximately the mid-1990's, MIKA was at the condominium located at 1121 North Clark Street. TOTANI asked MIKA to accompany her to Rosemont for the purpose of taking photographs of a billboard. MIKA advised that he and TOTANI drove to the vicinity of Rosemont in a green CORVETTE which ABRAMSON had purchased for TOTANI. During the drive, TOTANI informed MIKA that she had to take pictures of a billboard to prove that the income she received from ABRAMSON was legitimate. TOTANI informed MIKA that ABRAMSON wanted her to take these photographs to justify why he was giving her all the money. MIKA advised that she did not discuss the reason for the photographs any further. MIKA stated "I knew the landscape." When asked to explain what he meant by this statement, MIKA responded ABRAMSON was giving TOTANI money and both ABRAMSON and TOTANI may have to justify why at some point in time.

MIKA explained that on the previously described trip to Rosemont, Illinois TOTANI pulled her car into a parking lot located in the vicinity of O'HARE AIRPORT. TOTANI got out of the car and took a couple of pictures of a billboard with a camera. After taking the photos, TOTANI got back into the car, and she and MIKA drove directly back to the 1121 North Clark Street condominium.

During the time MIKA spent with TOTANI, TOTANI told MIKA that ABRAMSON paid all costs associated with the 1121 North Clark Street condominium. TOTANI also told MIKA that ABRAMSON paid all of her credit card bills. TOTANI additionally told MIKA that ABRAMSON bought all of the cars and the motorcycle which she drove. MIKA recalled that the cars which ABRAMSON provided to TOTANI included multiple Corvettes, a Ferrari, and a Jeep. TOTANI also informed MIKA that ABRAMSON bought her a lot of expensive jewelry, clothing, and gifts. TOTANI also told MIKA that ABRAMSON provided her with $3 million that she lost gambling. MIKA stated that TOTANI would not have a dime if ABRAMSON didn't give it to her.

MIKA advised that he and his friend FLEMMING PHILLIPS were staying with TOTANI for approximately two months at her Palos Heights townhome during approximately Christmas, 2017. MIKA advised that during this time TOTANI was traveling back and forth to the federal building located in Chicago, Illinois to be interviewed by the FBI regarding her relationship with ABRAMSON.

Also during this two month period, while MIKA was staying with TOTANI at her Palos Heights townhouse, TOTANI often talked about the details of why she was being interviewed, and the fact that the government was preparing her for a "final statement" regarding her relationship with ABRAMSON. On one occasion, TOTANI specifically stated that "the FBI has been up my ass for three years," and stated that "MICHAEL told me

Continuation of FD-302 of (U) Interview of Jamie Mika (FD-302) , On 02/22/2019 , Page 4 of 4

everything would be fine in the long run." TOTANI told MIKA that the FBI was trying to come after MICHAEL, and possibly PERRY (MANDERA).

On one occasion, when TOTANI was traveling to the federal building to be interviewed, MIKA and his friend PHILLIPS accompanied her. According to MIKA, on this occasion, ABRAMSON paid for a driver to pick up TOTANI and drive her to the federal building. MIKA described the federal building as being a large black building surrounded by big black pylons to keep vehicles from crashing into it. MIKA explained that he and PHILLIPS accompanied TOTANI on this trip because they intended to sightsee and spend time at the SEARS TOWER while TOTANI was being interviewed. During the drive to the federal building, TOTANI told MIKA "I gotta go do this for MICHAEL. On paper we're making it look like I worked for MICHAEL taking pictures of billboards." MIKA described TOTANI as nervous about meeting with the FBI on this occasion. TOTANI told MIKA that she knew the FBI did not believe her story that the money "MICHAEL" had given to her was her pay for taking pictures of the billboards.

MIKA advised that during the time TOTANI was meeting with and being interviewed by the FBI, ABRAMSON stopped by TOTANI's condominium in Palos Heights on numerous occasions. MIKA often ate dinner at the condominium with TOTANI and ABRAMSON. MIKA advised that ABRAMSON did not discuss TOTANI's meetings with the FBI while MIKA was present. MIKA advised that he did witness ABRAMSON give TOTANI cash during these visits. MIKA advised that after they ate dinner, TOTANI and ABRAMSON would have private conversations, which MIKA did not hear. As a result, MIKA did not know what was being discussed between TOTANI and ABRAMSON during these conversations.

MIKA described ABRAMSON "as a nice guy." MIKA did not feel the same about PERRY MANDERA. MIKA described PERRY MANDERA as someone who MIKA was afraid of. It was MIKA's opinion that MANDERA and ABRAMSON were partners in some type of criminal activity. MIKA explained that he had no direct knowledge of any criminal activity related to ABRAMSON and MANDERA. MIKA believed that TOTANI knew a lot of information about ABRAMSON's relationship with MANDERA. MIKA stated, "why do you think he keeps paying her? It's to make sure she keeps her mouth shut."