UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 18 CR 681 |
| v. ) | |
| ) | Hon. Virginia M. Kendall |
| MICHAEL ABRAMSON, ) | |
| ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Now comes the Defendant, Michael Abramson, by and through his attorneys Nishay K. Sanan and Cece White, and respectfully requests that this Honorable Court grant the instant motion for leave to file exhibits under seal, pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 26.2. In support, Mr. Abramson states as follows.

1. Mr. Abramson is contemporaneously filing his Motion to Dismiss with this Court.

2. There are five exhibits which Defendant seeks to file under seal: (1) **Exhibit A** is a determination letter request sent to the IRS on behalf of 3 consolidated businesses, (2) **Exhibit B** is a letter from the IRS responding to that request, (3) **Exhibit C** is the first page of an Amended Income Tax Return, (4) **Exhibit D** is the first page of an Amended Income Tax Return, (5) **Exhibit E** is a transcript of Grand Jury Testimony.

3. Each of these documents contains extensive personal identifying information and other sensitive information associated with the filing of taxes, including FEIN, SSN, TIN, and the names and addresses of multiple businesses and individuals.

4. Mr. Abramson seeks to file each under seal. This will allow him to refer to the documents in his motion without concerns of revealing the sensitive details included in these Exhibits.

5. Pursuant to Local Rule 26.2, Mr. Abramson will provisionally file the exhibits under seal in this case as a separate document.

1

Wherefore, the Defendant, Michael Abramson, respectfully requests that this Court grant his request to file these exhibits under seal as exhibits to his Motion to Dismiss.

Respectfully submitted,

*/s/ Nishay K. Sanan*
nsanan@aol.com


*/s/ Cece White*
cece@sananlaw.com

Nishay K. Sanan, Esq.
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
Tel: 312-692-0360
Fax: 312-957-0111