UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ABRAMSON | No. 18 CR 681<br><br>Hon. Virginia M. Kendall |

**<u>GOVERNMENT'S AMENDED WITNESS LIST</u>**[1]

At this time, the government intends to call the following witnesses in its case-in-chief:

(1)  FDIC Special Agent Jason Gibson;

(2)  Jill Roth;

(3)  IRS Custodian of Records Allison Kotsay;

(4)  Jason Bell;

(5)  Richard Forcone;

(6)  Chicago Title Insurance witness Kelli Beyer-Wyzykowski;

(7)  Mark Halloran;

(8)  Gregg Szulczynski;

(9)  Ronald Ipjian;

(10) Katherine Graham;

(11) Norean Mitchell;

(12) IRS Director Submission Processing James Fish;

(13) Jerilyn Totani;

---

[1] The government reserves the right to amend the witness list before trial.

(14) IRS Revenue Agent Michael Welch;

(15) William Vickerman; and

(16) Court Reporter Cheryl Sandecki.

Dated: January 13, 2023          Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

By:    */s/ Misty N. Wright*
        RICHARD M. ROTHBLATT
        MISTY N. WRIGHT
        Assistant U.S. Attorneys
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-5300