UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

    v.

MICHAEL ABRAMSON

No. 18 CR 681

Hon. Virginia M. Kendall

## AGREED STATEMENT OF THE CASE

The defendant, Michael Abramson, has been charged with making false statements in corporate and individual tax returns. The defendant has pleaded not guilty to the charges.

Dated: January 27, 2023

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Richard M. Rothblatt*
RICHARD M. ROTHBLATT
MISTY N. WRIGHT
Assistant U.S. Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300