# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                  Case No.: 1:18−cr−00681
                                                  Honorable Virginia M. Kendall

Michael Abramson

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 28, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Michael Abramson. The Court grants in part and denies in part Defendant's motions in limine. [109], [84] Evidence of Ms. Totani's close personal relationship with Defendant is relevant to the facts of this case and the government may introduce evidence of their personal relationship. If any witness testifies that Ms. Totani had a romantic and/or sexual relationship with the Defendant, the government will be permitted to refer to it as such. The government shall not characterize the relationship as an "extramarital affair" as this is prejudicial as a moral condemnation of the relationship. The government may refer to Ms. Totani's work as an "exotic dancer" at the time she met Abramson and her work as a "professional gambler." This is factually accurate and does not necessarily raise a negative association that will unduly prejudice the Defendant. This is also relevant because it corroborates the government's theory that it is unlikely that Ms. Totani legitimately earned commission payments from Abramson's company. Her prior means of earning income were unrelated to the work Eastern Advisors was generally engaged in.Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.