UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18 CR 681 |
| v. | |
| MICHAEL ABRAMSON | Judge Virginia M. Kendall |

## TRIAL STIPULATIONS

It is hereby stipulated and agreed by the United States of America, through its attorney, JOHN R. LAUSCH, JR., the United States Attorney for the Northern District of Illinois, and defendant MICHAEL ABRAMSON individually and through his attorneys, that the following facts are true:

## Stipulation 1

If called to testify, a custodian of records from the Internal Revenue Services would testify that Government Exhibits 1 and 2 are true and accurate copies of personal income tax returns with schedules and attachments for defendant Michael Abramson for the tax years 2011 and 2012, Government Exhibits 3 through 9 are true and accurate copies of amended tax returns with schedules and attachments for Leasing Employment Services, Eastern Advisors, and PayTech for the tax years 2006 through 2012, respectively, Government Exhibit 10 is a true and accurate copy of the tax return with schedules and attachments for Leasing Employment Services, Eastern Advisors, and PayTech for the tax year 2013, Government Exhibit 11 is a true and accurate copy of the personal income tax return with schedules and attachments for defendant Michael Abramson for the tax year 2013, Government Exhibit 12 is a true and accurate copy of the tax return with schedules and attachments for Leasing Employment Services, Eastern Advisors, and PayTech for the tax year 2014, Government Exhibit 13 is a true and accurate copy of the amended tax return with schedules and attachments for Leasing Employment Services, Eastern Advisors, and PayTech for the tax year 2014, that Government Exhibits 14, 15, and 16 are true and accurate copies of Forms 8879 for the electronic filing of defendant Michael Abramson's 2011, 2012, and 2013 Form 1040s, and that Government Exhibit 17 is a true and accurate copy of a Determination Letter Request submitted by defendant Michael Abramson to the IRS on or about August 6, 2014.

If called to testify, a custodian of records from the Internal Revenue Services would further testify that the records in Government Exhibits 1 through 16 were maintained in the regular course of the IRS's business at or near the time of the transactions reflected in the records.

If called to testify, a custodian of records from the Internal Revenue Services would also testify that Defendant Exhibits 1, 2, and 3 are a true and accurate copy of a letter sent by the IRS to defendant on or about March 16, 2015 and Workup Sheets created by the IRS for the 2008 and 2009 Leasing Employment Services Amended Tax Returns.

Government Exhibits 1 through 17 and Defendant Exhibits 1, 2, and 3 are offered into evidence without objection.

## Stipulation 2

If called to testify, a custodian of records from Eastern Advisors would testify Government Exhibit 100 is a true and accurate copy of QuickBooks records for Eastern Advisors for the time period of 2003 to 2016. Government Exhibit 100 was kept in the ordinary course of Eastern Advisors' organizational activities, and the making of the records was a regular practice of that activity. Government Exhibits 101 through 120 are true and accurate copies of QuickReports and journal entries generated from Government Exhibit 100.

If called to testify, a custodian of records from Leasing Employment Services and PayTech would testify that Government Exhibits 121 and 122 are true and accurate copies of QuickBooks records for Leasing Employment Services and PayTech for the time period of 2003 to 2016 and that Government Exhibits 121 and 122 were kept in the ordinary course of Leasing Employment Services' and PayTech's organizational activities, and the making of the records was a regular practice of that activity.

Government Exhibits 100 through 122 are offered into evidence without objection.

## Stipulation 3

If called to testify, a custodian of records from Bank of America would testify that Government Exhibits 200, 201, and 202 are true and accurate copies of records for Bank of America bank accounts ending in 0515 for 2007 through 2014, 4542 for 2008 through 2013, and 4858 for 2007 through 2014, respectively and that the records in Government Exhibits 200, 201, and 202 were made or received and maintained in the regular course of Bank of America's business at or near the time of the transactions reflected in the records, and that it is the regular practice of Bank of America to make or receive such records.

Government Exhibits 200 through 202 are offered into evidence without objection.

## Stipulation 4

If called to testify, a custodian of records from JP Morgan Chase Bank would testify that Government Exhibits 203, 204, and 205 contain true and accurate copies of records for JP Morgan Chase bank accounts ending in 6706 for 2006 through 2012, 0461 for 2012 through 2014, and 3201 for 2007 through 2014, respectively and that the records in Government Exhibits 203, 204, and 205 were made or received and maintained in the regular course of JP Morgan Chase Bank's business at or near the time of the transactions reflected in the records, and that it is the regular practice of JP Morgan Chase Bank to make or receive such records.

Government Exhibits 203 through 205 are offered into evidence without objection.

## **Stipulation 5**

If called to testify, a custodian of records from American Express would testify that Government Exhibit 206 contains true and accurate copies of records for the American Express credit card account in the name of Jerilyn Totani for the time period of 2007 to 2014 and that the records in Government Exhibit 206 were made or received and maintained in the regular course of American Express's business at or near the time of the transactions reflected in the records, and that it is the regular practice of American Express to make or receive such records. Government Exhibit 206A-H consists of a subset of Government Exhibit 206.

Government Exhibits 206 and 206A-H are offered into evidence without objection.

## Stipulation 6

If called to testify, a custodian of records from LaSalle Bank would testify that Government Exhibit 207 contains true and accurate copies of records for LaSalle Bank account ending in 2383 for July through October 2007 and that the records in Government Exhibit 207 were made or received and maintained in the regular course of LaSalle Bank's business at or near the time of the transactions reflected in the records, and that it is the regular practice of LaSalle Bank to make or receive such records.

Government Exhibit 207 is offered into evidence without objection.

**Stipulation 7**

If called to testify, a representative of the Illinois Secretary of State's Office would testify that Government Exhibit 300 contains true and accurate copies of Illinois Secretary of State records related to Citywide Chicago Appraisals and Eastern Advisors, Government Exhibit 301 contains true and accurate copies of Illinois Secretary of State records related to Leasing Employment Services, and Government Exhibit 302 contains true and accurate copies of Illinois Secretary of State records related to PayTech and that the records in Government Exhibits 300 through 302 were made or received and maintained in the regular course of the Illinois Secretary of State's business at or near the time of the dates reflected in the records, and that it is the regular practice of the Illinois Secretary of State to make or receive such records.

Government Exhibits 300 through 302 are offered into evidence without objection.

## Stipulation 8

If called to testify, a representative of the Clerk of the Court of the U.S. Tax Court would testify that Government Exhibit 303 contains true and accurate copies of U.S. Tax Court records and that the records in Government Exhibit 303 were made or received and maintained in the regular course of the U.S. Tax Court's business at or near the time of the dates reflected in the records, and that it is the regular practice of the U.S. Tax Court to make or receive such records.

Government Exhibit 303 is offered into evidence without objection.

## **Stipulation 9**

If called to testify, a custodian of records from Chicago Title Land Trust Company would testify that Government Exhibit 410 contains true and accurate copies of Chicago Title Land Trust Company records and that the records in Government Exhibit 410 were made or received and maintained in the regular course of the Chicago Title Land Trust Company's business at or near the time of the dates reflected in the records, and that it is the regular practice of the Chicago Title Land Trust Company to make or receive such records.

Government Exhibit 410 is offered into evidence without objection.

**Stipulation 10**

If called to testify, a custodian of records from Leasing Employment Services Co., Inc. would testify that Government Exhibit 411 contains true and accurate copies of Leasing Employment Services records and that the records in Government Exhibit 411 were made or received and maintained in the regular course of Leasing Employment Services's business at or near the time of the dates reflected in the records, and that it is the regular practice of Leasing Employment Services to make or receive such records.

If called to testify, a custodian of records from Eastern Advisors, Inc. would testify that Government Exhibit 412 contains true and accurate copies of Eastern Advisors records and that the records in Government Exhibit 412 were made or received and maintained in the regular course of Eastern Advisors's business at or near the time of the dates reflected in the records, and that it is the regular practice of Eastern Advisors to make or receive such records.

If called to testify, a custodian of records from PayTech, Inc. would testify that Government Exhibit 413 contains true and accurate copies of PayTech records and that the records in Government Exhibit 413 were made or received and maintained in the regular course of PayTech's business at or near the time of the dates reflected in the records, and that it is the regular practice of PayTech to make or receive such records.

Government Exhibits 411, 412, and 413 are offered into evidence without objection.

## Stipulation 11

If called to testify, Cheryl Sandecki, a court reporter with CLS Reporting, Inc., would testify that Government Exhibit 801 is a fair and accurate copy of an audio recording of the grand jury testimony of Jerilyn Totani from June 14, 2018 and that Government Exhibit 800 is a fair and accurate copy of a transcript of that recording. Ms. Sandecki would further testify that Government Exhibits 800 and 801 were made or received and maintained in the regular course of her court reporting business at or near the time of the dates reflected in the records, and that it is her regular practice to make and maintain such records.

STIPULATED AND AGREED THIS DATE: 1/30/23

_____
RICHARD M. ROTHBLATT
Assistant U.S. Attorney

_____
MISTY N. WRIGHT
Assistant U.S. Attorney

_____
MICHAEL ABRAMSON
Defendant

_____
NISHAY SANAN
CECE WHITE
Counsel for Michael Abramson