**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

United States of America,

Plaintiff(s),

v.

Michael Abramson,

Defendant(s).

Case No.  18 CR 681-1
Judge  Virginia M. Kendall

## ORDER

Jury trial begins on 1/30/2023. Voir dire held. Jury impaneled. Jury trial continued to 1/31/2023 at 9:15 a.m.

(06:30)

Date:  1/30/2023

/s/ Virginia M. Kendall
U.S. District Court Judge