IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Michael Abramson, <br><br> Defendant(s). | Case No. 18 CR 681-1 <br> Judge Virginia M. Kendall |

### ORDER

Jury deliberations resumed and concluded. The jury failed to reach a unanimous verdict. Jury discharged. The Court has declared a mistrial. This matter is set for a status hearing on 2/15/2023 at 9:30 a.m. Post Trial Motions shall be filed by 3/24/2023. By agreement, the Court deems the period of time from 1/30/2023 through 2/15/2023 excludable under 18 U.S.C. §3161(h)(7)(A) - interest of justice.
(06:30)

Date: 2/10/2023　　　　　　　　　　　　　/s/ Virginia M. Kendall
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge