**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                         Plaintiff,

v.                                                                         Case No.: 1:18−cr−00681
                                                                       Honorable Virginia M. Kendall

Michael Abramson

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 9, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Michael Abramson. On the Court's own Motion due to Jury Trial proceeding, Status hearing set for 11/16/2023 is reset for 11/28/2023 at 9:30 AM. Pursuant to Title 18 U.S.C., Sections 3161(h) (7)(B)(iv), (h)(l)(D) time is hereby excluded to 11/28/2023 for the filing and review of Pretrial Motions. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.