UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 18 CR 681 |
| | ) | |
| | ) | Judge Virginia M. Kendall |
| MICHAEL ABRAMSON | ) | |

**GOVERNMENT'S MOTION FOR DECLARATION OF BOND FORFEITURE
AND ENTRY OF DEFAULT JUDGMENT
ON BOND FORFEITURE AGREEMENT**

The United States of America by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 46(f) and 18 U.S.C. § 3146(d), moves as follows:

1. On October 18, 2018, defendant Michael Abramson was arraigned pursuant to an indictment charging thirteen violations of 26 U.S.C. § 7206(1). R. 12.

2. On that same day, an order permitting release of defendant and setting conditions of release was entered (the "Order Setting Conditions of Release"). R. 13. Among other conditions, the Order Setting Conditions of Release directed that a bond be posted in the amount of $100,000, secured by $25,000 in cash. Defendant executed an appearance bond and signed the Order Setting Conditions of Release, as did Magistrate Judge Maria Valdez. R. 13.

3. The Order Setting Conditions of Release included Condition (1) that "defendant must not violate federal, state, or local law while on release"; and (2) Condition 7(g), which required that defendant "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or

prosecution, including: Individuals A and B as identified in the indictment except as necessary to the operation of defendant's businesses." R. 13.

4. Pursuant to the terms of the Order Setting Conditions of Release, defendant was released from custody and directed to comply with the Order Setting Conditions of Release. Failure to comply with the terms of the bond allows the United States to seek forfeiture of the bond.

5. On January 25, 2024, the government filed an emergency motion to revoke bond related to defendant's violation of federal and state law and Condition 7(g) of the Order Setting Conditions of Release. R. 175. As detailed in the government's motion, defendant provided Individual B with a transcript of Individual B's testimony at the first trial annotated with notes about how Individual B should testify at the retrial. The notes contradicted Individual B's prior trial testimony and provided a script on how to answer questions in a way that conformed with defendant's theory of the case. *See* R. 176.

6. On January 29, 2024, the Court revoked the defendant's bond for these violations and defendant was remanded into federal custody. R. 178.

7. Based on defendant's non-compliance with the Order Setting Conditions of Release, specifically, defendant's violations of Condition 1 and Condition 7(g) of the Order Setting Conditions of Release, the conditions of the bond have been breached. Accordingly, the United States seeks entry of an order forfeiting the defendant's bond in the amount of $100,000.

8.     Assuming that the Court grants the government's motion for an order forfeiting defendant's bond, the government also moves for entry of an order directing that a default judgment in the amount of $100,000 be entered against defendant for the amount of the bond and that any funds posted with the Clerk of the Court as bail including interest be released to the United States to partially satisfy the outstanding judgment and be disposed of according to law.

9.     Two draft orders are submitted with this motion, one declaring forfeiture of the bond and another entering a default judgment.

WHEREFORE, the government respectfully asks this Court to enter (1) an order declaring the bond posted in the present action forfeited, and (2) an order entering a default judgment in the amount of $100,000 against defendant Michael Abramson and direct the Clerk of the Court to release any funds posted as bail including interest to partially satisfy the outstanding judgment.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:     */s/ Richard M. Rothblatt*
RICHARD M. ROTHBLATT
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL  60604
(312) 353-4558