UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 18 CR 681 |
| | ) | |
| | ) | |
| MICHAEL ABRAMSON | ) | Judge Virginia M. Kendall |

**ORDER DECLARING FORFEITURE OF THE BOND**

This matter coming before the Court on the government's motion and the Court being fully advised finds as follows:

1.  The defendant, Michael Abramson has failed to abide by the conditions of release when he violated Conditions 1 and 7(g) of the Order Setting Conditions of Release. Accordingly, it is hereby, ORDERED, DIRECTED AND ADJUDGED:

(a)  The government's Motion for Declaration of Bond Forfeiture is granted and the $100,000 bond posted for the release of Michael Abramson is hereby forfeited.

ENTER:

_____
VIRGINIA M. KENDALL
United States District Judge

Date: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 18 CR 681 |
| | ) | |
| | ) | |
| MICHAEL ABRAMSON | ) | Judge Virginia M. Kendall |

**ORDER ENTERING DEFAULT**
**JUDGMENT ON BOND FORFEITURE AGREEMENT**

This matter coming before the Court on the government's motion and the Court being fully advised finds as follows:

(a) On October 18, 2018, an order setting conditions of release was signed permitting the release of the defendant. Among other conditions, the order directed that a secured bond be posted in the amount of $100,000, and that $25,000 cash be deposited as security for that bond. Defendant executed an appearance bond.

(b) According to the terms of the release order, defendant Michael Abramson was released from custody and directed to comply with the conditions of his release.

(c) Defendant violated the conditions of his bond by violating Conditions 1 and 7(g) of the Order Setting Conditions of Release.

(d) On February ___, 2024, an order was entered declaring that the conditions of defendant's bond were breached, and the bail was forfeited.

Accordingly, it is hereby ORDERED, DIRECTED, and ADJUDGED

(1) That a default judgment in the amount of $100,000 shall be entered against the defendant, Michael Abramson, for the full amount of the bond; it is further ordered,

(2) That any funds posted with the Clerk of the District Court as bail including interest shall be released to the United States in partial satisfaction of the default judgment to be disposed of according to law; it is further ordered,

(3) That this Court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order.

ENTER:

---

VIRGINIA M. KENDALL
United States District Judge

Date: _____