**Returns or Other Documents Transmittal**

Sheet 2 of 4

Type of document: [ ] IMF  [✓] BMF  [ ] EOMF  [ ] EPMF

Transmittal code & serial number:

Date: 08/21/2014

Process as:
[ ] Input Item(s)
[ ] With Remittance
[ ] No Remittance
[ ] Pre-Journalized
[ ] Non Pre-Journalized
[ ] Cycle _____
[ ] Reinput
[ ] Reprocessable
[ ] Reject
[ ] Debit(s) Vol. _____
[ ] Credit(s) Vol. _____
[ ] Other _____

Instructions: Use this form to transmit returns and other documents within the Service Center. Use your **stop number** as transmittal serial number prefix. Use additional sheets as continuations if necessary. Serially number continuation sheets the same as that of the first sheet; identify continuations as Sheet 2, 3 etc.

| To | Function | Description | T/C or D-813 | Quantity | Document Locator Number | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | D.O. | T/C-D/C | Date | Blk |
| 11G | Taxpayer Advocate | TO EXAM: STOP 825G | | | | | | |
| 272 | Notice Review Department | | | | | | | |
| 1101 | SP Planning & Analysis Staff | ATTN: Bob Zeisloft | | | | | | |
| 8110G | CS Planning & Analysis Staff | | | | | | | |
| 21 | Accounting Control/Service Operations | STATUTE REVIEW | | | | | | |
| 283 | Reports Unit | | | | | | | |
| 31 | Receipt & Control Operation | PLEASE VERIFY 25% OMISSION | | | | | | |
| 311 | Receiving/Shipping | | | | | | | |
| 312 | Batching | OR, EXTENSION OF ASED DUE | | | | | | |
| 313 | Information Return Processing | | | | | | | |
| 34 | Document Perfection Operation | TO ANY OTHER CONDITION. | | | | | | |
| 35 | Data Conversion Operation | | | | | | | |
| 43 | Operations Branch | TIN, MFT, TXPRD, NAME CTRL | | | | | | |
| 45 | Network & Systems Branch | | | | | | | |
| 22M | Statistics of Income Operation (SOI) | ▓▓▓▓ LEAS | | | | | | |
| 2800F | Document Retention Department | ✓ | | | | | | |
| 5300G | Taxpayer Relations Department | AMENDED TAX RETURN | D NO 25% omission | | | | | |
| 537G | Large Corp/Technical Team 101, 102 | | | | | | | |
| 536G | Refund Inquiry | AND TRDBV ATTACHED | DO NOT ASSESS | | | | | |
| 343G | Entity | | | | | | | |
| 531G | Statute Team 108 | THANKS | SEE W/S → | | | | | |
| 534G | AMRH Team 107 | | | | | | | |
| 536G | Refund Inquiry Team 103, 109 | | | | | | | |
| 538G | Team 105 (FTD) | | | | | | | |
| 539G | FTD Penalty/Typing Team 104 | RECEIVED | | | | | | |
| 6000G | Accounts Management Operation II | | | | | | | |
| 5000G | Accounts Management Operation I | SEP 17 2014 | | | | | | |
| 68G | Disclosure Office | | | | | | | |
| 79 | TIGTA Office | INTERNAL REVENUE SERVICE FIELD SUPPORT TEAM 207 CINCINNATI SERVICE CENTER | | | | | | |
| 811G | TDA/W-4 Collection | | | | | | | |
| 812G | TDI-Collection, FUTA | | | | | | | |
| 82G | Examination Operation, ASFR/SFR | | | | | | | |
| 8202M | Reconsiderations/EFDS/ITP Unit 12 | Statute Team 408 | | | | | | |
| 8201T | Exam Units 21, 22, 24, 26, (Corresp.) | | | | | | | |
| 5700G | Excise Tax Operation | Stop 531 G KY | | | | | | |
| 824G | BMF, Estate & Gifts | | | | | | | |
| 5701G | Excise Tax Claims | PREMA MAHENDRA | | | | | | |
| 826G | Centralized Files & Scheduling Unit 13 | | | | | | | |
| 829M | Unit 24, 27 Innocent Spouse Program | ▓▓▓▓▓▓▓▓ | | | | | | |
| 840M | Unit 11, 14, 15, 17 | | | | | | | |

Return receipt requested?  [ ] No  [✓] Yes  [ ] Initials _____

Form **10869** (Rev. 5-2002) Catalog Number 65508P     publish.no.irs.gov     Department of the Treasury - Internal Revenue Service

EXHIBIT A
PAGE 001

CERTTAX_001-000073

Date: 08/19/2014
TP: LEAS
SSN or EIN:
MFT/Period: 02 200812

| INCOME | ORIGINAL | AMENDED |
|---|---|---|
| Gross Business Income | $ 1,993,337.00 | $ 2,279,139.00 |
| Gross Rents and Royalties | | |
| Dividends (net of exclusion) | | |
| Interest (net of exempt interest) | | 3,715.00 |
| Gains from Property Sales | | |
| Proportional Share Gross Partnership Income | | |
| Proportional Share of Gross Corp S Corp Income | | |
| Wages | | |
| Other Gross Income Items: | | |
| a. Other Income | - | |
| | - | - |
| Total Gross Income | 1,993,337.00 | 2,282,854.00 |
| Amount Omitted | | 289,517.00 |
| Percentage Omitted | | 14.52% |

**Expired Statute/No 25% Omission**

There is no 25% gross omission of income from the original to the amended return. The original ASED was expired. The additional tax shown on the amended return cannot be assessed.

**DO NOT ASSESS**