## Returns or Other Documents Transmittal

Sheet __1__ of __4__

Type of document □ IMF ☑ BMF □ EOMF □ EPMF

Transmittal code & serial number

Date 08/21/2014

Process as:
□ Input Item(s)    □ Pre-Journalized    □ Reinput    □ Debit(s) Vol. ____
□ With Remittance    □ Non Pre-Journalized    □ Reprocessable    □ Credit(s) Vol. ____
□ No Remittance    □ Cycle ____    □ Reject    □ Other ____

**Instructions:** Use this form to transmit returns and other documents within the Service Center. Use your **stop number** as transmittal serial number prefix.

Use additional sheets as continuations if necessary. Serially number continuation sheets the same as that of the first sheet; identify continuations as Sheet 2, 3 etc.

| To | Function | Description | T/C or D-813 | Quantity | D.O. | T/C-D/C | Date | Blk |
|---|---|---|---|---|---|---|---|---|
| 11G | Taxpayer Advocate | TO EXAM: STOP 825G | | | | | | |
| 272 | Notice Review Department | | | | | | | |
| 1101 | SP Planning & Analysis Staff | ATTN: Bob Zeisloft | | | | | | |
| 8110G | CS Planning & Analysis Staff | | | | | | | |
| 21 | Accounting Control/Service Operations | STATUTE REVIEW | | | | | | |
| 283 | Reports Unit | | | | | | | |
| 31 | Receipt & Control Operation | PLEASE VERIFY 25%OMISSION | | | | | | |
| 311 | Receiving/Shipping | | | | | | | |
| 312 | Batching | OR, EXTENSION OF ASED DUE | | | | | | |
| 313 | Information Return Processing | | | | | | | |
| 34 | Document Perfection Operation | TO ANY OTHER CONDITION. | | | | | | |
| 35 | Data Conversion Operation | | | | | | | |
| 43 | Operations Branch | TIN, MFT, TXPRD, NAME CTRL | | | | | | |
| 45 | Network & Systems Branch | | | | | | | |
| 22M | Statistics of Income Operation (SOI) | ✓ 36-4249736 02 200912 LEAS | ① | | | | | |
| 2800F | Document Retention Department ✓ | | | | | | | |
| 5300G | Taxpayer Relations Department | AMENDED TAX RETURN | | | | | | |
| 537G | Large Corp/Technical Team 101, 102 | | | | | | | |
| 536G | Refund Inquiry | AND TRDBV ATTACHED | | | | | | |
| 343G | Entity | | | | | | | |
| 531G | Statute Team 108 | THANKS | | | | | | |
| 534G | AMRH Team 107 | | | | | | | |
| 536G | Refund Inquiry Team 103, 109 | | | | | | | |
| 538G | Team 105 (FTD) | | | | | | | |
| 539G | FTD Penalty/Typing Team 104 | **RECEIVED** | | | | | | |
| 6000G | Accounts Management Operation II | | | | | | | |
| 5000G | Accounts Management Operation I | AUG 2 6 2014 | | | | | | |
| 68G | Disclosure Office | | | | | | | |
| 79 | TIGTA Office | INTERNAL REVENUE SERVICE | | | | | | |
| 811G | TDA/W-4 Collection | FIELD SUPPORT TEAM 207 | | | | | | |
| 812G | TDI-Collection, FUTA | CINCINNATI SERVICE CENTER | | | | | | |
| 82G | Examination Operation, ASFR/SFR | | | | | | | |
| 8202M | Reconsiderations/EFDS/ITP Unit 12 | Statute Team 408 | | | | | | |
| 8201T | Exam Units 21, 22, 24, 26, (Corresp.) | | | | | | | |
| 5700G | Excise Tax Operation | Stop 531 G KY | | | | | | |
| 824G | BMF, Estate & Gifts | | | | | | | |
| 5701G | Excise Tax Claims | PREMA MAHENDRA | | | | | | |
| 826G | Centralized Files & Scheduling Unit 13 | | | | | | | |
| 829M | Unit 24, 27 Innocent Spouse Program | 0235830654 PH# 859-669-2863 | | | | | | |
| 840M | Unit 11, 14, 15, 17 | | | | | | | |

*(handwritten in Quantity/DLN area):* DO NOT INSERT — NO 25% OMISSION — SEE W/S ——>

Return receipt requested? □ No ☑ Yes □ Initials ____

Form **10869** (Rev. 5-2002) Catalog Number 65508P    publish.no.irs.gov    Department of the Treasury - Internal Revenue Service

SEP 0 2 2014.

*(stamps, handwritten):* INTERNAL REVENUE SERVICE RECEIVED SEP 02 2014 ACCOUNTS MGMT - TEAM 108 - STATUTE CINCINNATI ACCOUNTS MGMT. CTR.

CERTTAX_001-000114

**Date:** 08/27/2014
**TP:** LEAS
**SSN or EIN:** 36-4249736
**MFT/Period:** 02 200912

| INCOME | ORIGINAL | AMENDED |
|---|---|---|
| Gross Business Income | $ 1,964,023.00 | $ 2,148,061.00 |
| Gross Rents and Royalties | | |
| Divendends (net of exclusion) | | |
| Interest (net of exempt interest) | | 1,171.00 |
| Gains from Property Sales | | |
| Proportional Share Gross Partnership Income | | |
| Proportional Share of Gross  Corp S Corp Income | | |
| Wages | | |
| Other Gross Income Items: | | |
| a. Other Income | - | |

a. Other Income

| | | |
|---|---|---|
| | - | - |
| Total Gross Income | 1,964,023.00 | 2,149,232.00 |
| Amount Omitted | | 185,209.00 |
| Percentage Omitted | | 9.43% |

**Expired Statute/No 25% Omission**

There is no 25% gross omission of income from the original to the amended return.  The original ASED was 9/20/2013 which is already expired.  The additional tax shown on the amended return cannot be assessed.

DO NOT ASSESS TAX

3859

CERTTAX_001-000115