

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Activity

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000260794 | **Location:** | Telephonic |
| **Investigation Name:** | Michael Abramson | | |
| **Date:** | July 1, 2014 | | |
| **Time:** | Approximately 9:00am | | |
| **Participant(s):** | Inez Moss, Supervisory Revenue Agent | | |
| | Shelli Rumple, Revenue Agent | | |
| | Jason Gibson, Special Agent | | |

On the above date and time I received a phone call from Supervisory Revenue Agent Inez Moss (Moss) and Revenue Agent Shelli Rumple (Rumple). Moss advised me that Rumple had a case on an individual whom Moss had just realized was under criminal investigation.

Moss advised that Rumple had a case on Michael Abramson (Abramson), and that it had just come to Moss's attention that there were 914 Criminal Investigation freeze controls on Abramson's account.

I asked Moss what had been done, and Rumple replied that she had made a couple of contacts with Abramson's POA, Mark Halleran (Halleran). I asked Rumple if she had any further contacts scheduled, and Rumple replied that she had a meeting scheduled with Halleran for the upcoming Tuesday. Moss or Rumple did not tell me about the issues in question, or about any of the details of the meetings with Halleran.

Moss advised that she is aware revenue agents should not contact taxpayers whose accounts contain 914 freeze controls, but that Rumple had failed to notice the freeze controls. Moss said she had just realized that the controls were in place and subsequently contacted me.

I advised Moss and Rumple that I would consult with my supervisor and get back to them. I subsequently advised SSA Tom Berwick that I believed we should not obtain any materials gathered by civil, or have any conversations with them about their case. SSA Berwick agreed and I subsequently called Moss and advised her to cease any further contacts with Halleran and to not provide me, verbally or otherwise, with any information they had obtained. Moss asked now they should discontinue their case, and I told her I could not advise her as to how to do so. After the phone call with Moss I sent an email to Moss with a cc to Rumple and SSA Berwick to confirm the aforementioned conversation. The email is attached and made a part of the memorandum.

I completed this memorandum on July 2, 2014.

*Jason Gibson*
Jason Gibson
Special Agent

**Gibson Jason L**

| | |
|---|---|
| **From:** | Gibson Jason L |
| **Sent:** | Tuesday, July 01, 2014 9:42 AM |
| **To:** | Moss Inez C |
| **Cc:** | Rumple Shelli M; Berwick Tom P |
| **Subject:** | M.A. Case |

Inez,

As I advised you on the phone previously, please close your case on Michael Abramson and make no further contacts. I cannot advise you on the manner in which you do this.

You and Ms. Rumple have only told me that you had a couple of contacts with Mr. Abramson's POA, Mark Halleran. You did not advise me about any of the issues in question nor the nature of your conversations with the POA. Please do not provide me with any information about your case in any capacity (phone calls, emails, etc.).

Thank you,
Jason Gibson